**Dismissed and Opinion Filed January 19, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-20-00331-CV**

_____

**CITY OF CARROLLTON, Appellant**

**V.**

**1533 CRESCENT LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

Before the Court is the parties' joint motion to dismiss the appeal pursuant to

settlement. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal.

*See id.*

/Bill Pedersen, III//

BILL PEDERSEN, III

200331f.p05                                      JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CITY OF CARROLLTON,
Appellant

No. 05-20-00331-CV        V.

1533 CRESCENT LLC, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-09123.
Opinion delivered by Justice
Pedersen, III, Justices Partida-
Kipness and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this day 19th of January, 2021.